In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00093-CR


 _____________________



MARVIN CHARLES ZENO A/K/A KENDRICK TODD ZENO A/K/A


MARVIN ZENO, Appellant



V.



STATE OF TEXAS, Appellee







On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-01216






MEMORANDUM OPINION


 A jury found appellant Marvin Charles Zeno a/k/a Kendrick Todd Zeno a/k/a Marvin
Zeno guilty of unlawful possession of a firearm by a felon and assessed punishment at ten
years of imprisonment.

 Zeno's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On October 2, 2008, we granted an extension of time for appellant to file a pro se
brief. We received no response from appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY

 Justice 

 

Submitted on February 11, 2009

Opinion Delivered February 25, 2009 

Do not publish


Before Gaultney, Kreger, and Horton, JJ. 
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.